United States District Court

United States of America

Case No: 4:17-CR-**FILED** BSM-19

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

VS.

*Shannon J. Ferguson*

JAN 1 6 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Motion for Reconsideration 18 U.S.C ...3747 Post Sentencing Rehabilitation Programming

Comes now petitioner *Shannon J. Ferguson* to request reduction of sentence pursuant to 18 U.S.C 3747 post sentencing rehabilitation.

The defendant is currently incarcerated at Federal Correction Institution FCI Aliceville in Aliceville Alabama. She has been incarcerated since *6-6-2017* ,and has an expected release date *5-19-2027*. During incarceration she has received certificates totaling *822+* hours.

(please see attached)

Pursuant to 18U.S.C3742(e) the defendant could be considered for reduction of sentence see Peter vs. United States, Supreme court 131 S Ct. 1229;179 L Ed. 2d 196. 2001 ES. Lexis 1902, argued December 6, 2010 decided March 2, 2001. The downward variance was based on papers post sentencing rehabilitation . Also see United States Vs. Brooker, Supreme Court 160 L ED 2nd 6211255 S. Ct. 736 (2005): Gali Vs. United States .552 U.S 38 1285 S. Ct. .586,169 I Ed. 2nd 445,2007 Lexis 130 83 argued October 2, 2007, decided December 10, 2007. Judge Robert C. Chambers (4th circuit) granted Terri I. Burns on July 16,2012 under 18 U.S.C 3742 (e) a 30 month sentence reduction for programing. Burns received 20 certificates while housed at Federal prison camp Alderson in Alderson, west Virginia.

A sentencing reduction based on post conviction rehabilitation can hardly be said to be inconsistent while the polices underlining an awarded of good time credit by the Bureau of Prisons (BOP) dose not affect the length of the court imposed sentence; rather it is an administrative review to provide an incentive for prisoners' to comply with institutional disciplinary regulation. Such credits my be revoked at any time before a prisoner's release 18U.S.C 3624(b)(2).

In contrast, a court's imposition of reduced sentence based om post- sentencing rehabilitation changes the very term of imprisonment and recognize that the defendants conduct since her initial sentencing warrants less severe criminal punishment. Once imposed a sentence may be modified only in the the limited circumstances 18 U.S.C. 3582(c) instead , the deference between the two id reflected most obviously in the fact that the BOP has no authority's to award good time credit where the defendant good behavior occurs a sentence has already been serviced.

Where fore defendant humbly asks the Honorable court to accept her certificates for programming an grant a reduction of sentence based on the foregoing.

Date: *January 7, 2026*

Respectfully Submitted

*Shannon J. Ferguson*

## FSA Time Credit Assessment
Register Number:31660-009, Last Name:FERGUSON

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
10-13-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1) THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a) CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 03-21-2030
Projected Release Method: GCT REL
FSA Projected Release Date: 03-21-2029
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 03-21-2029
SCA Recommended Placement Days (Following 5 Factor Review): 0*
SCA Recommended Placement Date: N/A*
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182*
FSA Conditional Placement Days: 490
FSA Conditional Placement Date: 11-17-2027
Conditional Transition To Community Date: 11-17-2027
Max. Statutory HC Placement Date (if approp.): 05-19-2027*
Recommended HC Placement Date (if approp.): 11-17-2027*
**Default SCA conditional placement days. This requires a 5 Factor Review!**



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Institution**
P.O. Box 445
Aliceville, Alabama 35442

October 23, 2024

TO:      Whom This May Concern

FROM:    C. Preer, Correctional Counselor

SUBJECT: Letter of Incarceration


To Whom This May Concern:

Shannon Ferguson #31660-009, born August 10, 1977, is currently
in Federal Bureau of Prisons custody.  She was sentenced out of
the Eastern District of Arkansas.  She has been incarcerated at
FCI Aliceville since December 28, 2022, via initial designation.
She has a projected release date of September 10, 2031, via Good
Conduct Time Release.

Should you need to speak with me concerning Shannon Ferguson
please contact me at (205) 373-5000.

Respectfully,

C. Preer
Correctional Counselor





300 American Blvd. Haleyville, Al 35565    205-486-5258

September 2, 2025

**To Whom It May Concern:**

It is a pleasure to recommend Shannon Ferguson for her next opportunity. Shannon has been employed with Exxel Outdoors at our Unicor facility in Aliceville, Alabama, since January 25, 2023.

During her time with us, Shannon consistently demonstrated excellent teamwork and adaptability. She has worked in our Fabric Seal Department. In her role, she quickly learned a variety of operations necessary to succeed and was promoted to Lead over the department.  She has shown great versatility by stepping into different areas as needed.

Shannon is a hard worker who plays a key role in helping us meet our production and quality targets. She communicates effectively with our factory leads to ensure that our quality standards are maintained. Her respectful attitude and dependable work ethic make her a valued asset to our team.

I highly recommend Shannon to any organization. If you need any additional information, please feel free to contact me at (205) 486-5259.

Thank You,

*Kimeral Wilson*

Kimeral Wilson

HR Manager

# UNICOR WORK PERFORMANCE EVALUATION RECORD

**NAME:**  FERGUSON, SHANNON

(LAST, FIRST, MIDDLE INITIAL)

**REGISTER NUMBER:**  31660-009

**UNIT:**  A-2

**HIRE DATE:**  1/25/23

**INSTITUTION CODE:**  AVCS

**INDUSTRY CODE:**  CTG

**DEPT:**  FABRIC SEALER

**JOB DESC.:**  PROD. LEAD

RATING SCALE
1= MUCH WORSE THAN AVERAGE
2=WORSE THAN AVERAGE
3=AVERAGE
4=BETTER THAN AVERAGE
5=MUCH BETTER THAN AVERAGE

**EVAL BEGIN DATE:**  **1/25/2023**

**EVAL END DATE:**  **2/3/2025-CURRENT**

**EVALUATION COMMENTS:**
**AIC FERGUSON IS CURRENTLY
EMPLOYED AS A PRODUCTION LEAD
FOR SEAM SEAL.  SHE SHOWS A GOOD
WORK ETHIC AND IS KNOWLEDGABLE
OF HER JOB.  SHE IS RESPECTFUL AND
AND ENCOURAGES OTHERS TO STRIVE
FOR THEIR BEST.   PLEASE SEE EVAL
SCORES BELOW.**

(INMATE INITIALS)

(STAFF INITIALS)

| SAFETY | QUALITY ASSURANCE | PERSONAL CONDUCT/HYGIENE | PUNCTUALITY / PRODUCTIVITY | COMPLIANCE WITH WORK STANDARDS | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | | | | | | 25 |

FPI-44
REVISED 8/16/2017

ORIGINAL-Stays with UNICOR
COPIES- One copy to Case Manager after each
evaluation period.



# CERTIFICATE

## of Achievement

is proudly awarded to

*Shannon Ferguson*

For outstanding performance in Seam Seal Lead

February  2025

**CONGRATULATIONS**

You Did It!

5th March 2025

Date

Ms. Wilson

Exxel Outdoors

**Human Resources**





# CERTIFICATE

## of Achievement

is proudly awarded to

*Shannon Ferguson*

for your outstanding performance in
Seam Seal Body for **February 2024**

### CONGRATULATIONS

You Did It!

29 February 2024

Date

Ms. Wilson

**Human Resources**





# CERTIFICATE

### of Achievement

is proudly awarded to

## Shannon Ferguson

For outstanding performance in the Unicor Facility

## CONGRATULATIONS

$25.00 Spot Bonus

You Did It!

30th November
2025

Date

Ms. Wilson
Exxel Outdoors
Human Resources

TRULINCS 57994083 - VOSS, CATHERINA ROSE - Unit: ALI-A-B

---------------------------------------------------------------------------

FROM: 57994083
TO: Audio, Mike; Leo, Tara; Santos, Michael
SUBJECT: Catherina Voss
DATE: 07/25/2025 07:14:13 PM

7/25/2025
From:  Catherina Voss, CEO PEER SUCCESS TEAM, Aliceville
Re: Shannon Ferguson's dedicated work with Peer Success, Aliceville  (+10) highest honor
Date of membership: 6/1/2024 - Current
Positions Held:   6/1/2024 - 5/1/2025 - MENTOR & Secretary for A-2
                          5/1/2025 - current - 2nd Leader & Secretary for A-2

Shannon Ferguson has been one of my most dedicated members since we started Peer Success under the Founder - Celeste Blair. She not only holds several positions within our group, but holds a Highly Regarded Lead position in Seam Seal at UNICOR Industries, Aliceville.  Her dedication to Peer Success as a mentor has been unwavering.  Sometimes checking in with people every hour for a sobriety check, mentoring from the time she gets in from work at 3 all the way up to 9pm.  I have seen her get up out of her sleep and come when her mentee needed her- because she believes in this program and the good it can do for people.

Shannon invests her time, work and energy into this program with no complaints of any kind.  Her Positive attitude has been a beacon of light for people that have been in despair.  Her wisdom and knowledge have helped guide me to see what a true mentor really looks like.  Selflessly last year, she has turned down RDAP because she felt her work here with mentoring wasn't finished.  She didn't want to leave someone that really needed her help.  The connections that she has formed with the community and her mentees have been an inspiration for what a TRUE MENTOR can accomplish when they believe that change is not just possible, but a reality that gives many here at Aliceville hope they never saw before.

I personally have worked with Shannon over the past 4 years at UNICOR and as a Team Member for Peer Success in A-2 Unit.  Her contribution in this unit is vast; from helping people with Business Plans to Emotional support.  One thing that has set her apart from everyone I have seen is her empathy and true compassion for people.  I have been on the receiving end of her mentor job and it is something truly inspiring.

Going forward, I am confident Shannon will be able to achieve whatever she sets out to do.  Whether it is mentoring at another BOP facility or camp, or in daily life on the outside.  Whomever she comes in contact with, she can bring a smile to their day.

I am honored to know her and to call her my mentor, sister and friend.  Shannon is set to do great and big things because whatever she believes in she puts her whole heart into.

With the Greatest Respect, love and Loyalty,

Catherina Voss
CEO Peer Success Program, Aliceville



# CERTIFICATE

## OF APPRECIATION

### PROUDLY PRESENTED TO

# *SHANNON FERGUSON*

*FOR ASSISTING IN THE 90 DAY CHALLENGE WITH THE PEER SUCCESS TEAM AT FCI ALICEVILLE*

**THINK TANK MEMBER**

LT M. DANIEL, LICSW

CO - FACILITATOR

V. TROTMAN

ASSOCIATE WARDEN

T. SPICER

CO - FACILITATOR

J. BROTON

WARDEN

*August 28, 2025*



# CERTIFICATE

## OF APPRECIATION

### PROUDLY PRESENTED TO

# SHANNON FERGUSON

*FOR OUTSTANDING MENTORING & LEADERSHIP WITH THE PEER SUCCESS TEAM SINCE JUNE 2024 AT FCI ALICEVILLE*

THINK TANK MEMBER

LT M. DANIEL, LICSW

CO - FACILITATOR

V. TROTMAN

ASSOCIATE WARDEN

T. SPICER

CO - FACILITATOR

J. BROTON

WARDEN

*August 28, 2025*



# CERTIFICATE

## OF APPRECIATION

### PROUDLY PRESENTED TO

# SHANNON FERGUSON

## FOR PARTICIPATING IN THE 90 DAY CHALLENGE WITH THE PEER SUCCESS TEAM AT FCI ALICEVILLE

FITNESS

LT M. DANIEL, LICSW

CO - FACILITATOR

T. SPICER

CO - FACILITATOR

V. TROTMAN

ASSOCIATE WARDEN

J. BROTON

WARDEN

*August 28, 2025*



# Certificate of Achievement



ANSI National Accreditation Board

A C C R E D I T E D

ANSI/ASTM E2659

CERTIFICATE ISSUER
#0655

This certificate is awarded to

## SHANNON FERGUSON

Congratulations! You have completed

## ServSafe® Food Handler

Employee Food Safety Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, Il 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

Certificate Number  26825518       Date  12/31/2024

Expiration Date  12/31/2027



©1986–2024 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. The ServSafe®, NRAEF, National Restaurant Association and National Restaurant Association Solutions, LLC (Solutions) names and logos are registered trademarks used under license by Solutions and may not be otherwise used without the explicit written permission of the owner of each mark.



ServSafe
National Restaurant Association

# ServSafe® CERTIFICATION

## SHANNON FERGUSON

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the ANSI (American National Standards Institute) National Accreditation Board (ANAB)–Conference for Food Protection (CFP).

27337953
CERTIFICATE NUMBER

5722
EXAM FORM NUMBER

4/24/2025
DATE OF EXAMINATION

4/24/2030
DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANAB
ANSI National Accreditation Board
ACCREDITED PROGRAM
ANSI National Accreditation Board and the Conference for Food Protection
#0655

Sherman Brown
Executive Vice President, Business Services

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©1986–2023 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. The ServSafe®, NRAEF, National Restaurant Association and National Restaurant Association Solutions, LLC (Solutions) names and logos are registered trademarks used under license by Solutions and may not be otherwise used without the explicit written permission of the owner of each mark.
This document cannot be reproduced or altered.

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL 60606-6383 or ServSafe@restaurant.org.



# Certificate of Completion

This certifies that

## SHANNON FERGUSON

Has successfully completed:

## WOMEN'S RELATIONSHIPS PART ONE



**FCI ALICEVILLE**

<u>October 14, 2025</u>
**DATE**

J. Spencer, Special Population Coor.

CERTIFICATE OF COMPLETION

THIS ACKNOWLEDGES THAT

Ferguson, Shannon #31660-009

HAS SUCCESSFULLY COMPLETED THE

## *Drug Education 12hrs*

"A moment of patience in a moment of anger saves you a hundred moments of regret."

MAY 26, 2023

_M. Rogers, Drug Abuse Treatment Specialist_



# Certificate of Completion

This Certification Acknowledges

## SHANNON FERGUSON

Has successfully completed the Release Preparation Program Course Work (2025)

at FCI Aliceville, Aliceville, Alabama

of

## PATHWAY TO RE-ENTRY

K. Williams, RPP Coordinator



# CERTIFICATE OF ACHIEVEMENT

November 25, 2025

## Shannon Ferguson

Has completed Computer Science Without A Computer Volume 1, a 10-hour course that teaches three foundations of computational thinking and computer science.

*Kate Mullan*
**Kate Mullan**
Director of Content Development

*Alex Wright*
**Alex Wright**
Executive Director



Certificate Number **47ga88gx**

To verify this certificate, scan the QR code,
visit learnlevel.org/certificates/47ga88gx
or text Certificate to (877) 285-3835







## CERTIFICATE OF ACHIEVEMENT

September 22, 2025

# Shannon Ferguson

Has completed the Line Art For Self Expression guide, a 10-hour study of visual storytelling through figure drawing.

*Kate Mullan*

**Kate Mullan**
Director of Content Development

*Alex Wright*

**Alex Wright**
Executive Director



Certificate Number **92pi36bj**

To verify this certificate, scan the QR code,
visit learnlevel.org/certificates/92pi36bj
or text Certificate to (877) 285-3835







# CERTIFICATE OF ACHIEVEMENT

June 30, 2025

# Shannon Ferguson

Has completed How The Internet Works, a 10-hour study course that teaches the fundamental concepts that power the internet and best practices for developing career skills for internet jobs.

*Kate Mullan*

**Kate Mullan**
Director of Content Development

**Alex Wright**
Executive Director



Certificate Number **45te74kf**

To verify this certificate, scan the QR code,
visit learnlevel.org/certificates/45te74kf
or text Certificate to (877) 285-3835







# CERTIFICATE OF ACHIEVEMENT

December 18, 2024

# Shannon Ferguson

Has completed Natural Meditation For Everyone, a 10-hour course that teaches strategies to reduce stress and improve relationships through meditation.

*Kate Mullan*
**Kate Mullan**
Director of Content Development

*Alex Wright*
**Alex Wright**
Executive Director



Certificate Number **33hh66wg**

To verify this certificate, scan the QR code,
visit learnlevel.org/certificates/33hh66wg
or text Certificate to (877) 285-3835







# CERTIFICATE OF ACHIEVEMENT

May 27, 2025

## Shannon Ferguson

Has completed the Become A Licensed Food Handler guide, a 10-hour
preparation to take a food handling safety test.

*Kate Mullan*

**Kate Mullan**
Director of Content Development

**Alex Wright**
Executive Director



Certificate Number **55tx35zt**

To verify this certificate, scan the QR code,
visit learnlevel.org/certificates/55tx35zt
or text Certificate to (877) 285-3835







# CERTIFICATE OF ACHIEVEMENT

April 29, 2025

# Shannon Ferguson

Has completed the How To Start Your Own Business: Thrive In The First Year guide, a 10-hour course to learn the fundamentals of starting and running a successful small business through the first year.

*Kate Mullan*
**Kate Mullan**
Director of Content Development

**Alex Wright**
Executive Director


EQUAL OPPORTUNITY EDUCATION

Certificate Number **87gk35jy**

To verify this certificate, scan the QR code,
visit learnlevel.org/certificates/87gk35jy
or text Certificate to (877) 285-3835







# CERTIFICATE OF ACHIEVEMENT

March 16, 2025

## Shannon Ferguson

Has completed the How To Start Your Own Business: Prepare To Launch guide, a 10-hour course to develop strategies for starting a successful small business.

*Kate Mullan*
**Kate Mullan**
Director of Content Development

**Alex Wright**
Executive Director



Certificate Number **28kr35ak**

To verify this certificate, scan the QR code, visit learnlevel.org/certificates/28kr35ak or text Certificate to (877) 285-3835



