IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:17-CR-00293-19-BSM |
| ) | |
| SHANNON J. FERGUSON ) | |

### UNITED STATES'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

The United States of America, by and through its counsel, Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Liza Jane Brown, Assistant United States Attorney for said district, respectfully submits the following response in opposition to Shannon Ferguson's motion for a sentence reduction.

Ferguson was an associate of NAE, a white supremacist drug trafficking organization, and she participated in the group's extensive drug-related dealings, receiving methamphetamine from multiple sources that she resold to others. Ferguson actively participated in multiple kidnappings in furtherance of the group's activities. During the kidnappings, victims were beaten and stabbed. Ferguson pled guilty to charges of conspiracy to violate RICO, aiding and abetting kidnapping in furtherance of racketeering, aiding and abetting assault with a dangerous weapon in furtherance of racketeering, and conspiracy to possess with intent to distribute and distribute methamphetamine. This Court sentenced Ferguson to a total of 180 months' imprisonment.

Ferguson filed the instant motion on January 16, 2026. In the motion, she seeks a sentence reduction under 18 U.S.C. § 3747. This code provision does not exist. In the motion, Ferguson subsequently references 18 U.S.C. § 3742 which does exist but does not apply. Section 3742 permits a defendant to appeal in the district court for review of an otherwise final sentence if the sentence was

> **(1)** was imposed in violation of law;
>
> **(2)** was imposed as a result of an incorrect application of the sentencing guidelines; or
>
> **(3)** is greater than the sentence specified in the applicable guideline range to the extent that the sentence includes a greater fine or term of imprisonment, probation, or supervised release than the maximum established in the guideline range, or includes a more limiting condition of probation or supervised release under section 3563(b)(6) or (b)(11) than the maximum established in the guideline range; or
>
> **(4)** was imposed for an offense for which there is no sentencing guideline and is plainly unreasonable.

18 U.S.C. § 3742(a). Ferguson seeks a reduction of her sentence based solely on her claims to have been rehabilitated, which does not fall within any of the categories listed.

Ferguson recognizes in her motion that a court may only modify an imposed sentence under the circumstances stated in 18 U.S.C. § 3582(c). 18 U.S.C. § 3582(c) permits a sentencing court to modify a term of imprisonment if extraordinary and compelling reasons warrant a reduction, a defendant is at least 70 years old, has served thirty years of a sentence, and meets other requirements, to the extent permitted by statute or Federal Rule of Criminal Procedure 35, or if an inmate's guidelines range has subsequently been lowered by an amendment to the guidelines. The only possible method for Ferguson to receive a sentence reduction under § 3582(c) is if she demonstrated that extraordinary and compelling reasons warranted a reduction. However, as noted above, the sole basis under which Ferguson seeks a reduction is her claims of rehabilitation. Congress has specifically stated that rehabilitation on its own cannot qualify as an extraordinary and compelling reasons for a sentence reduction. *See* 28 U.S.C. § 994(t). Accordingly, Ferguson has failed to satisfy even the statutory requirements to receive a modification of her sentence, and her motion should be denied.

Wherefore, the United States respectfully requests that Ferguson's motion be denied.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: Liza Jane Brown
Bar No. 2004183
Assistant United States Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72203
(501) 340-2600
Liza.Brown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also sent a copy of the foregoing by first-class mail to:

Shannon J. Ferguson
Reg. No. 31660-009
FCI Aliceville
Federal Correctional Institution
P.O. Box 4000
Aliceville, AL 35442

JONATHAN D. ROSS
United States Attorney

By: Liza Jane Brown
Bar No. 2004183
Assistant United States Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Liza.Brown@usdoj.gov